UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Anne E. Thompson, U.S.D.J. |
| | : | |
| v. | : | Crim. No. 21-787 |
| | : | |
| CRYSTAL R. BEYER | : | |

**ORDER FOR CONTINUANCE**

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Vinay S. Limbachia, Assistant United States Attorney) and defendant Crystal R. Beyer (by Bruce Rosen, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that she has the right to have this matter brought to trial within 70 days of the date of her appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the defendant having consented to the continuance and waived such right, and this being the second request for a continuance in this matter, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The parties have entered into a plea agreement, which would render trial of this matter unnecessary, and the parties request additional time to prepare for the Rule 11 hearing;

(2) The defendant has consented to the above-referenced continuance;

(3) The granting of a continuance will likely conserve judicial

resources; and

(4) As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 4th day of February, 2022 ORDERED that:

(1) This action is continued under the Speedy Trial Act from the date this Order is signed through and including April 4, 2022; and

(2) The period from the date this Order is signed through and including April 4, 2022, shall be excludable in computing time under the Speedy Trial Act of 1974.

/s/ *Anne E. Thompson*
THE HONORABLE ANNE E. THOMPSON
United States District Judge

Agreed and Consented to by:

_____
BRUCE ROSEN, ESQ.
Counsel for Defendant Crystal R. Beyer

_____
VINAY S. LIMBACHIA
Assistant United States Attorney

/s/ *Francesca Liquori*
Francesca Liquori
Chief, OCDETF/Narcotics Unit